JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., <br><br> Petitioner, <br><br> v. <br><br> JIM McDONALD, Warden, <br><br> Respondent. | Case No. CV 13-03272 JST (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: Sept 4, 2013

JOSEPHINE STATON ~~TUCKER~~
UNITED STATES DISTRICT JUDGE