JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMANDO HERNANDEZ, JR., | Case No. CV 13-03272 JST (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| JIM McDONALD, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: Sept 4, 2013

JOSEPHINE STATON ~~TUCKER~~
UNITED STATES DISTRICT JUDGE